**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **C.F. and M.F., individually and on behalf of their daughter V.F.,**<br>        *Plaintiffs*,<br><br>    **v.**<br><br>**COUNCIL ROCK SCHOOL DISTRICT,**<br>        *Defendant*. | **Civil No. 24-402** |

## ORDER

**AND NOW**, this 22nd day of June, 2026, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 17) and all corresponding briefing, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**.  It is further **ORDERED** that Plaintiffs' Motion for Summary Judgment and for Judgment on the Administrative Record (ECF No. 18) is **DENIED.**

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge